**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| TROPICAL AQUATICS MARKETING, INC., a Florida corporation, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REAL PAGE, INC., a Delaware corporation, and RP NEWCO II, LLC D/B/A/ COMPLIANCE DEPOT, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 13-cv-3095<br><br>Hon. Virginia M. Hernandez Covington<br><br>Magistrate Judge Thomas B. McCoun III |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Dated: April 9, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　TROPICAL AQUATICS MARKETING, INC., individually and on behalf of all others similarly situated

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　And the Proposed Putative Class

Joseph J. Siprut*
*jsiprut@siprut.com*
Gregg M. Barbakoff*
*gbarbakoff@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

*Admitted *pro hac vice*

James M. Thomas, Esq.
*JMThomas@JamesThomasEsq.com*
Law Office of James M. Thomas, Esq.
1581 Main Street
Dunedin, FL 34698
727.736.1900
Fax: 727.736.1991
FL Bar No. 0648590

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 9th day of April, 2014, via the electronic filing system of the Middle District of Florida, which will automatically serve all counsel of record.

_____
Joseph J. Siprut

4841-5999-3882, v. 1